**Nakia Laron GERMAN, Plaintiff—Appellant,**

v.

**Angelia R. BROWN, Captain, Administrative Disciplinary Hearing Officer, sued in individual capacity, Defendant—Appellee.**

No. 05–6694.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 19, 2005.

Decided: Sept. 30, 2005.

Nakia Laron German, Appellant Pro Se.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Nakia Laron German appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See German v. Brown,* No. CA–04–22900–8 (D.S.C. Apr. 21, 2005). We dispense with oral argument because the facts and legal conten-

tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*